# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 13-20709
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

November 20, 2014

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

KENNETH CHARLES FRAGOSO,

Defendant-Appellant

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:90-CR-328-2

Before HIGGINBOTHAM, JONES, and HIGGINSON, Circuit Judges.

PER CURIAM:[*]

Kenneth Charles Fragoso, federal prisoner # 26520-079, has moved for leave to file a reply brief out of time.  The motion is GRANTED.

Fragoso has appealed the district court's order denying in part his motion to unseal documents filed in the criminal case of his codefendant, Lawrence Gregory Carlton.  Because the motion was unauthorized and without

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 13-20709

a jurisdictional basis, *see United States v. Early*, 27 F.3d 140, 141-42 (5th Cir. 1994), the district court's order is AFFIRMED.